UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Alison M., | Civ. No. 26-624 (PAM/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

This matter is before the Court on the parties' stipulation (Docket No. 7) to transfer this case to the jurisdiction in which Petitioner is detained.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **TRANSFERRED** to the United States District Court for the Western District of Texas.

Dated: <u>January 30, 2026</u>　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge